JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW DUSTIN FRASER AND CASEIE ROUSE,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC and EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | Case No. 5:21-cv-01996-SPG-PVC<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

Upon review of the Parties' Stipulation for Dismissal with Prejudice of Defendant Experian Information Solutions, Inc. and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice as to Defendant Experian Information Solutions, Inc.

**IT IS SO ORDERED.**

September 9, 2022
Dated

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE